1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -   X

UNITED STATES OF AMERICA,    :    97 CR 660

                             :

      -against-              :
                                  United States Courthouse
                                  Brooklyn, New York
CHI LOP TSE,                 :

                                  October 21,1999
            Defendant.       :    9:30 o'clock  a.m.

- - - - - - - - - - - - -   X


                    TRANSCRIPT OF CONFERENCE
              BEFORE THE HONORABLE STERLING JOHNSON
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Government:          MS. SCOTT
                             Assistant United States Attorney
                             271 Cadman Plaza East
                             Brooklyn, New York


For the Defendant:           ROBERT VESPOLI, ESQ.


Court Reporter:              Gene Rudolph
                             225 Cadman Plaza East
                             Brooklyn, New York
                             (718) 613-2538


Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription.
```

GR      OCR      CM      CRR      CSR

2

1    THE CLERK:  United States versus Chi Tse Lop.
2    (Interpreter present.)
3    THE COURT:  Swear the interpreter, please.
4    (The interpreter is duly sworn by the Clerk of the
5  Court.)
6    MS. SCOTT:  Your Honor, there hasn't been a plea
7  yet.  We are here to ask for a further adjournment because
8  Mr. Tse's regular lawyer is on trial right now.  We are asking
9  for an adjournment.
10   MR. VESPOLI:  I am standing in for Mr. LaBush today,
11 Your Honor.  I am Robert Vespoli.
12   THE COURT:  He is on trial?
13   MR. VESPOLI:  Yes, before Judge Hellerstein in the
14 Southern District.
15   THE COURT:  Okay.  What day do you want.
16   MS. SCOTT:  We are asking for November 20th, Your
17 Honor.
18   THE COURT:  Negotiations are still pending?
19   MS. SCOTT:  We are still negotiating.
20   THE COURT:  November 20th.  Time will be excluded
21 for negotiations.
22   Mr. Tse, do you understand that your lawyer is on
23 trial in another court and in another matter?  This case will
24 be adjourned until November the 20.
25   Do you understand that?

3

1       THE DEFENDANT:  Yes.
2       MS. SCOTT:  It will be November 19th, Your Honor.
3       THE COURT:  Is it the 19th?
4       MS. SCOTT:  That's a Friday.
5       THE COURT:  The 19th.
6       Negotiations are continuing; is that correct?
7       MS. SCOTT:  That is correct, Your Honor.
8       THE COURT:  I would advise you, Ms. Scott, if you
9  can dispose of this prior to the 19th, you go to the
10 magistrate and dispose of it.  Then you will let chambers
11 know.
12      MS. SCOTT:  Okay.  We will do that, Your Honor.
13      THE COURT:  Okay.
14      MS. SCOTT:  Thank you, Judge.
15      THE COURT:  All right.
16      MR. VESPOLI:  Thank you, Judge.
17      (Matter concludes.)

GR        OCR        CM        CRR        CSR